| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 6/25/2020 |

FINGER LAKE LLC, *an American Corporation*,

               Plaintiff,

        v.

QIANG TU, *an individual*,

              Defendant.

No. 19-CV-6522 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On May 20, 2020, Defendant's motion to dismiss was granted. *See* Dkt. 17. However, the Court permitted Plaintiff to "file its amended complaint no later than June 20, 2020." *Id.* To date, Plaintiff has not filed an amended complaint, nor sought an extension to do so. Accordingly, the Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated:    June 25, 2020
             New York, New York

                                                              Ronnie Abrams
                                                             United States District Judge