UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
FINGER LAKE LLC, an American Corporation,

       Plaintiff,
  -against-

QIANG TU, an individual,

       Defendant.
-------------------------------------------------------------X

19 **CIVIL** 6522 (RA)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 25, 2020, Defendant's motion to dismiss was granted on May 20, 2020. However, the Court permitted Plaintiff to "file its amended complaint no later than June 20, 2020". To date, Plaintiff has not filed an amended complaint, nor sought an extension to do so; accordingly, this case is closed.

**Dated:** New York, New York
   June 25, 2020

                **RUBY J. KRAJICK**
                **Clerk of Court**
       BY:
                **Deputy Clerk**